## 59225. WILSON v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals his voluntary manslaughter conviction. *Held:*

1. The trial judge correctly ruled that the deceased's character for violence could not be established by proof of prior specific acts. *Rogers v. State,* 138 Ga. App. 552 (1) (226 SE2d 748); *Black v. State,* 230 Ga. 614 (3) (198 SE2d 314); *Music v. State,* 244 Ga. 832 (262 SE2d 128).

2. It was not error to exclude testimony by witnesses as to what they believed to be the defendant's intent. *Paul v. State,* 144 Ga. App. 106 (7) (240 SE2d 600); *Hawkins v. State,* 25 Ga. 207 (1).

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED JANUARY 8, 1980 — DECIDED JANUARY 24, 1980.

*G. F. Peterman, III,* for appellant.
*Willard D. Thompson, District Attorney, Thomas J. Matthews, Assistant District Attorney,* for appellee.